**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA e*x rel.* BLOCKQUOTE INC., <br><br>Plaintiff-Relator, <br><br>v. <br><br>PHOENIX CARS, LLC; PHOENIX MOTOR INC.; SPI ENERGY CO., LTD.; AND XIAOFENG PENG, <br><br>Defendants. | NO.  <u>2:24-cv-0938 TLN DB</u> <br><br><u>**SEALING ORDER**</u> <br><br>**SEALED** |

### ORDER GRANTING RELATOR'S MOTION TO SEAL

This case shall be filed *in camera* and shall remain under seal for at least sixty (60) days pursuant to 31 U.S.C. § 3730(b)(2).

SO ORDERED this 29th day of March, 2024.



Troy L. Nunley
United States District Judge

SEALING ORDER - 1