1  PHILLIP A. TALBERT
   United States Attorney
2  CHRISTINA M. McCALL
   ADRIAN T. KINSELLA
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00041-DAD |
|---|---|
| Plaintiff, | ORDER SEALING EXHIBITS 4 AND 6 AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| CEDAR SKY MONTGOMERY, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that Exhibits 4 and 6 of the Government's Response to Defendant's Motion re: Mental Competency shall be SEALED until further order of this Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for the defendant, Cedar Sky Montgomery. The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Government's request, sealing the Governments's motion serves a compelling interest: not disclosing all the details contained in the defendant's 2020 competency documents, which contain information relating to the defendant's physical and mental health to the public. The Court further finds that, in the absence of closure, the compelling interest identified by the government would be harmed. In light of the public filing of its request to seal,
/////

the Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

IT IS SO ORDERED.

Dated: **August 19, 2024**

　　　　　　　　　　　　　　　　　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE