1  PHILLIP A. TALBERT
   United States Attorney
2  ADRIAN KINSELLA
   CHRISTINA McCALL
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00041-DAD |
|---|---|
12 | Plaintiff, | STIPULATION AND ORDER DIRECTING TAFT COMMUNITY CORRECTIONAL FACILITY TO PROVIDE MEDICAL AND MENTAL HEALTH RECORDS IN ADVANCE OF DEFENDANT'S COMPETENCY HEARING |
13 | v. | |
14 | CEDAR SKY MONTGOMERY, | |
15 | Defendant. | |

**STIPULATION**

1.     On August 6, 2024, Defendant Cedar Sky Montgomery filed a motion re mental competency and set a hearing on the matter for August 27, 2024. Docket No. 20. Counsel for the defendant has been unable to obtain a signed consent form for the release of the defendant's medical and mental health records prior to the hearing. Mr. Montgomery's current medications and medical/mental health treatment is information the Court may consider for the competency evaluation and determination.

2.     In advance of defendant's competency hearing currently scheduled for Tuesday, August 27, 2024, the parties jointly request that the Court order the Taft Community Correctional Facility to provide any medical or mental health records for Cedar Sky Montgomery that are in the facility's possession to AFPD Christina Sinha, counsel for Cedar Montgomery, and AUSAs Adrian Kinsella and

Christina McCall, counsel for the government.  Once counsel receive the records, they will be provided to the Court.

    3. The parties hereby stipulate and move that:

    a) Taft Community Correctional Facility, located 330 Commerce Way, Taft, California 93268 provide any medical and mental health records for Cedar Sky Montgomery that are in the facility's possession to AFPD Christina Sinha, counsel for Cedar Montgomery and AUSAs Adrian Kinsella and Christina McCall, counsel for the government by noon on Monday August 26, 2024 via email to Christina_Sinha@fd.org, Adrian.kinsella@usdoj.gov, and christina.mccall@usdoj.gov.

    IT IS SO STIPULATED.

PHILLIP A. TALBERT
United States Attorney

Dated:  August 22, 2024

*/s/ Christina M. McCall*
CHRISTINA McCALL
Assistant United States Attorney

Dated:  August 22, 2024

/s/ Christina Sinha
CHRISTINA SINHA
Counsel for Defendant Cedar Montgomery

# FINDINGS AND ORDER

Based upon the stipulation and representations of the parties and good cause appearing, Taft Community Correctional Facility, located 330 Commerce Way, Taft, California 93268 is ordered to provide any medical and mental health records for Cedar Sky Montgomery that are in the facility's possession to AFPD Christina Sinha, counsel for Cedar Montgomery and AUSAs Adrian Kinsella and Christina McCall, counsel for the government by noon on Monday August 26, 2024 via email to Christina_Sinha@fd.org, Adrian.kinsella@usdoj.gov, and christina.mccall@usdoj.gov.

IT IS SO ORDERED.

Dated:  **August 23, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE