HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
CEDAR SKY MONTGOMERY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:24-CR-41-DAD |
|---|---|---|
| Plaintiff, | ) ) | **ORDER FOR RULE 43 WAIVER OF DEFENDANT'S APPEARANCE FOR NEXT STATUS CONFERENCE** |
| vs. | ) ) | |
| CEDAR SKY MONTGOMERY, | ) | Judge: Hon. Dale A. Drozd |
| Defendant. | ) ) | |

Pursuant to the defendant's request, and good cause appearing therefrom, the defendant's presence at the October 08, 2024 status conference is hereby WAIVED pursuant to Fed. R. Crim. P. 43; his interests will be deemed represented in full by the presence of his counsel of record.

IT IS SO ORDERED.

Dated: **September 30, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE