HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
CEDAR SKY MONTGOMERY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:24-CR-41-DAD-1 |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO CONTINUE** |
| vs. | ) **PRESENTENCE REPORT SCHEDULE AND** |
| | ) **JUDGMENT & SENTENCING** |
| CEDAR SKY MONTGOMERY, | ) |
| | ) Date:  June 30, 2025 |
| Defendant. | ) Time:  9:30 A.M. |
| | ) Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorney Adrian Kinsella, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Montgomery, that the presentence report disclosure schedule and above-captioned Judgment and Sentencing hearing may be continued as specified below due to the Court's changed availability:

- Formal Objections due no later than 6/23/2025
- Reply or Statement of Non-Opposition due 6/30/2025
- Judgment and sentencing set for 7/07/2025 at 09:30 AM

There are no Speedy Trial Act considerations, and the assigned probation officer is available on the new proposed date. The parties therefore respectfully request this Court to adopt the parties' stipulation as its Order.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: June 20, 2025 | */s/  Christina Sinha*<br>CHRISTINA SINHA<br>Assistant Federal Defender<br>Attorneys for Defendant<br>CEDAR SKY MONTGOMERY |
| Date: June 20, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br><br>*/s/ Adrian Kinsella*<br>ADRIAN KINSELLA<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The sentencing hearing previously scheduled for June 30, 2025 is continued to July 7, 2025 at 09:30 AM and the schedule for the filing of objections and responses thereto proposed by the parties is adopted.

IT IS SO ORDERED.

Dated: **June 20, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE